FILED
NOV 2 2 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-394-12D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WISAM BAHGAT DARI | ) | |
| a/k/a "Wasim Bahgat Dari" | ) | |

This matter is before the court *sua sponte*. The original indictment [DE-1] filed in this action identified defendant number 12 as "Wasim Bahgat Dari." The superseding indictment [DE-171] identifies this defendant as "Wisam Bahgat Dari a/k/a 'Wasim Bahgat Dari.'"

The clerk of court is DIRECTED to correct the docket and all relevant entries to reflect the correct spelling of defendant 12's name, as reflected in the superseding indictment. Additionally, the complaint against this defendant filed in 5:21-MJ-2085-RN is hereby TERMINATED.

SO ORDERED. This the 22nd day of November, 2021.

ROBERT T. NUMBERS II
United States Magistrate Judge